# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN LUGO, <br> Petitioner, <br> v. <br> C. E. DUCART, Warden, <br> Respondent. | Case No. CV 17-03292 AG (RAO) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: July 29, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE